AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

FID 11940006

**RECEIVED**
By USMS  District of Columbia District Court at 3:31 pm, Mar 25, 2026

United States of America
v.

Dequan Simpson

*Defendant*

)
)
)
)
)
)
)

Case: 1:26-mj-00063
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 3/25/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                                    Dequan Simpson                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2119 (Carjacking);
18 U.S.C. § 924(c)(1)(A)(ii) (Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence);
18 U.S.C. § 2119(2) (Carjacking Resulting in Serious Bodily Injury);
18 U.S.C. § 924(c)(1)(A)(iii) (Using, Carrying, and Discharging a Firearm During and in Relation to a Crime of Violence).

Date:      03/25/2026

*Issuing officer's signature*

City and state:          Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/25/26 , and the person was arrested on *(date)* 3/27/26
at *(city and state)* Washington D.C.

Date: 3/27/26

*Arresting officer's signature*

Amandari FEO
*Printed name and title*